UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 08-14064-GRAHAM

UNITED STATES OF AMERICA

        Plaintiff,

vs.

FRANCISCO CRUZ-RIVAS and
EDWARD JEFF WINTER-SUAREZ,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment, D.E. 33).

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch United States Magistrate Judge on January 9, 2009 A Report and Recommendation filed on January 20, 2009 recommended that Defendants Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment be **Granted**. The parties were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of February, 2009.

```
_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE
```

Copied: Magistrate Judge Lynch
       Jennifer Millien, AUSA
       Fletcher Peacock, AFPD
       Thomas Garland, II, Esq.